IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IAN B. CORBIN, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 22-CV-3016 |
| | : | |
| KYLE FRENCH, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 28th day of November, 2022, upon consideration of Ian B. Corbin's Complaint (ECF No. 2), and Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. All claims against the Commonwealth of Pennsylvania, Lehigh County, the Lehigh County Court of Common Pleas, Maria Dantos, Douglas Reichley, Joseph Stauffer, and James Martin are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk of Court is **DIRECTED** to **TERMINATE** these Defendants as parties on the docket.

2. Corbin's official capacity claims and his claims asserting violations of the Thirteenth Amendment, 42 U.S.C. §§ 1981, 1987, 1988, and 1994, and federal and state criminal statutes are also **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. Corbin's claims against the City of Allentown are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. Corbin's malicious prosecution claim is **DISMISSED WITHOUT PREJUDICE** and with leave to reassert the claim in a new civil action if his underlying criminal charges are ever reversed on direct appeal, expunged by executive order, declared invalid by a state court tribunal authorized to make such determination, or called into question by a federal court's issuance of a writ of habeas corpus.

5. All further proceeding are **STAYED** until Corbin informs this Court that his related appellate proceedings have been finally resolved.

6. If he seeks to pursue his claims, Corbin must notify this Court **within thirty (30) days of the final resolution of his related appellate proceedings** that (a) the proceedings have been resolved; (b) how the proceedings resolved; and (c) whether he still intends to pursue the claims in the instant case.  Failure to comply with this Order may result in dismissal of this case.

7. The Clerk of Court is **DIRECTED NOT TO ISSUE SUMMONSES** at this time.

8. The time to serve process under Fed. R. Civ. P. 4(m) is hereby extended to the date 90 days following the issuance of summonses by the Clerk of Court upon further order of the Court.

**BY THE COURT:**

*/s/ John M. Gallagher*
**JOHN M. GALLAGHER, J.**